**UNITED STATES BANKRUPTCY COURT**
Northern District of Georgia
Atlanta Division
1340 Russell Federal Building
75 Spring Street, SW
Atlanta, GA 30303

www.ganb.uscourts.gov

In Re:
    **Sarah M. Thomas**

Case No.: **11–72948–crm**
Chapter: **13**
Judge: **C. Ray Mullins**

## *Notice of Deficient Filing*

The document(s) identified below were not filed with the bankruptcy petition. You are hereby notified that the documents must be filed with the Court within the time frame specified below. **Failure to file may result in the dismissal of your bankruptcy case.**

**To be filed Within Seven (7) Days From the Date of Filing of the Petition:**
N/A

**To be filed Within Thirty (30) days From the Date of Filing of the Petition**
N/A

**To be filed within Seven (7) Days From the Date of Filing of the Petition**
N/A

**To be Filed Within Fourteen (14) Days From the Date of Filing of the Petition**
Statement of Financial Affairs (Form 7)
Schedules A thru J (All Schedules must be filed, even if the information called for is not applicable)
Summary of Schedules, Page 1 (Form 6–Summary)
Statistical Summary (Form 6–Summary)
Declaration Concerning Debtor's Schedules (Form 6)
Statement of Current Monthly Income (Form 22C) (Ch 13)
Chapter 13 Plan, complete with signatures
Certificate of Credit Counseling
Pay Advices: Copies of Pay Stubs (or other evidence of payment) received from any employer within 60 days prior to filing or alternatively (B) a Statement signed by the Debtor certifying within 60 days prior to filing, the debtor did not receive pay stubs from any employer and was either Unemployed, self–employed or other explanation.

Dated: 8/8/11

M. Regina Thomas
Clerk of Court

Form 430

By: Janet Aviles
    Deputy Clerk