**UNITED STATES BANKRUPTCY COURT**
**Northern District of Georgia**
**Atlanta Division**

In Re:  Debtor(s)
    **Sarah M. Thomas**

Case No.: **11−72948−crm**
Chapter:  **13**

# DEFICIENCY NOTICE IN CHAPTER 11 OR 13 CASE

Notice is hereby given that the Debtor or Debtors (hereinafter "Debtor") is in default on the **second filing fee installment** in this case.

Debtor is hereby notified to pay this installment fee within ten days of the entry of this Deficiency Notice, that is by **September 22, 2011 .**

**ALL PAYMENTS MUST BE MADE BY CASH, MONEY ORDER, CASHIER'S CHECK, ATTORNEY'S CHECK, OR TRUSTEE'S CHECK, PAYABLE TO "CLERK, UNITED STATES BANKRUPTCY COURT."**

United States Bankruptcy Court
1340 Russell Federal Building
75 Spring Street, SW
Atlanta, GA 30303

If this filing fee installment is not paid on or before the above date, this case will be dismissed for failure to pay said fee, without further notice or opportunity for hearing.

A copy of this Deficiency Notice shall be served on Debtor, counsel for Debtor and any trustee.

Dated:  September 12, 2011 .

M. Regina Thomas
Clerk of Court
U.S. Bankruptcy Court

Form 3051113